UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE 6500 CHERRYWOOD LANE
UNITED STATES DISTRICT JUDGE GREENBELT, MARYLAND 20770
 301-344-0632

## MEMORANDUM

TO: Counsel of Record,

FROM: Judge Peter J. Messitte

RE: Trustees of the National Automatic Sprinkler Industry Welfare Fund, et al. v. Austin Fire Protection LLC,

 No. 22-cv-2170

DATE: February 27, 2024

\* \* \*

On January 3, 2024, counsel for Austin Fire Protection LLC ("Austin") filed a Motion to Withdraw as Counsel (ECF No. 41). The Motion represented that on the day that Plaintiffs filed their Motion for Summary Judgment (ECF No. 38), Austin's corporate representative advised counsel that it no longer intended to defend this lawsuit.

As indicated in its Order dated February 1, 2024, the Court finds Austin's chosen means of notifying the Court about its decision not to defend this case somewhat puzzling, especially since the Court directed Austin to state its position directly to the Court within fourteen (14) days. The time for Austin to do so has now elapsed.

That said, the Court hereby **GRANTS** the Motion to Withdraw as Counsel (ECF No. 41) and, by separate order, will **GRANT** Plaintiffs' Motion for Summary Judgment and enter final judgment in favor of Plaintiffs against Austin.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

 /s/
 Peter J. Messitte
 United States District Judge

CC: Court file
 Counsel of Record